# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

**UNITED STATES OF AMERICA**,

v.

**ROLAND MARTIN,**

**Defendant.**

**CASE NO. 4:25-CR-18**

## ORDER TO UNSEAL CASE

Having considered the Motion of the United States of America to unseal the case, the Clerk is directed to unseal the case effective on the date of this Order.

**SO ORDERED**, this 21st day of August, 2025.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE